

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2020

No. 04-20-00567-CV

Brad G. **GROUNDS,** HAP Land LLC, Shale Marketplace LLC and GW3 Royalties LLC.,
Appellants

v.

**FIRST GROUNDROCK ROYALTIES, LLC**., Step Groundrock Investment, LP and South
Texas Energy Partners, LLC,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-05965
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

Appellants' brief was due on December 28, 2020.  *See* TEX. R. APP. P. 38.6(a).  Before the due date, Appellants filed an unopposed first motion for a ten-day extension of time to file their brief until January 7, 2021.

Appellants' motion is GRANTED.  Appellants' brief is due on January 7, 2021.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2020.

MICHAEL A. CRUZ, Clerk of Court